No. 985.   O'NEIL v. BURKE, WARDEN, ET AL.   May 20, 1946.   327 U. S. 811.

No. 880.   ALKER ET AL. v. FEDERAL DEPOSIT INSURANCE CORP.   May 20, 1946.   Second petition for rehearing denied.

No. 496.   HEISER v. WOODRUFF ET AL.   May 27, 1946.   327 U. S. 726.

No. 603.   FIRST IOWA HYDRO-ELECTRIC COOPERATIVE v. FEDERAL POWER COMMISSION ET AL.   May 27, 1946.   328 U. S. 152.

No. 1016.   HASH v. COMMISSIONER OF INTERNAL REVENUE; and
No. 1017.   HASH v. COMMISSIONER OF INTERNAL REVENUE.   May 27, 1946.

No. 1041.   MARVICH v. CALIFORNIA ET AL.   May 27, 1946.

No. 68.   THOMPSON v. UNITED STATES.   May 27, 1946. Second petition for rehearing denied.   MR. JUSTICE BURTON took no part in the consideration or decision of this application.   326 U. S. 809.

No. 520.   POPE v. UNITED STATES (327 U. S. 813);
No. 796.   FARRELL v. MASSACHUSETTS (327 U. S. 819); and
No. 967.   AUTOCAR SALES & SERVICE CO. v. LEONARD ET AL., TRUSTEES (ante, p. 878).   May 27, 1946.   Second petitions for rehearing denied.